B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vlad, Ovidiu Gabriel** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Vlad, Beth Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5471** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7683** |
| Street Address of Debtor (No. and Street, City, and State):<br>**48 Baker Lane**<br>**Naperville, IL**<br>ZIP Code **60565** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**6710 Double Eagle Drive #206**<br>**Woodridge, IL**<br>ZIP Code **60517** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor | Nature of Business | Chapter of Bankruptcy Code Under Which |
|---|---|---|
| (Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interest:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | (Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                      Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Vlad, Ovidiu Gabriel**
**Vlad, Beth Ann**

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Thomas F. Fezzey**            **October 17, 2012**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Thomas F. Fezzey 6229235** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                               Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Vlad, Ovidiu Gabriel**
**Vlad, Beth Ann**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Ovidiu Gabriel Vlad**
Signature of Debtor  **Ovidiu Gabriel Vlad**

X  **/s/ Beth Ann Vlad**
Signature of Joint Debtor **Beth Ann Vlad**

Telephone Number (If not represented by attorney)

**October 17, 2012**
Date

#### Signature of Attorney*

X  **/s/ Thomas F. Fezzey**
Signature of Attorney for Debtor(s)

**Thomas F. Fezzey 6229235**
Printed Name of Attorney for Debtor(s)

**Thomas F. Fezzey, Attorney at Law**
Firm Name

**600 West Roosevelt Road**
**Suite B-1**
**Wheaton, IL 60187**

Address

**Email: fezzey@gmail.com**
**630 909 0909  Fax: 815 550 8731**
Telephone Number

**October 17, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Ovidiu Gabriel Vlad
Beth Ann Vlad**                                                          Case No. _____
_____
                                              Debtor(s)          Chapter      **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Ovidiu Gabriel Vlad**

**Ovidiu Gabriel Vlad**

Date:   **October 17, 2012**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ovidiu Gabriel Vlad**
       **Beth Ann Vlad**
                     Debtor(s)       Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Beth Ann Vlad**
                         **Beth Ann Vlad**

Date:    **October 17, 2012**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re    **Ovidiu Gabriel Vlad,**
  **Beth Ann Vlad**

             ,
           Debtors

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,523,122.00 | | |
| B - Personal Property | Yes | 6 | 142,354.72 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 2,317,329.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 210,729.84 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | 921,507.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,932.83 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,479.00 |
| Total Number of Sheets of ALL Schedules | | 56 | | | |
| Total Assets | | | 1,665,476.72 | | |
| Total Liabilities | | | | 3,449,566.54 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Ovidiu Gabriel Vlad,**
        **Beth Ann Vlad**

Case No. _____

_____,
                Debtors

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 210,729.84 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 24,501.50 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 235,231.34 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,932.83 |
| Average Expenses (from Schedule J, Line 18) | 9,479.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,711.11 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 794,207.27 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 210,729.84 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 921,507.43 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,715,714.70 |

B6A (Official Form 6A) (12/07)

.

In re     **Ovidiu Gabriel Vlad,**                                                    Case No. _____

     **Beth Ann Vlad**

_____ ,

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **48 Baker Lane, Naperville, IL  60565.  Purchased in July , 2007 for $1,675,000.  Current Market Value as per Zillow.com** | **Tenants by the Entirety** | J | 1,098,122.00 | 1,676,210.86 |
| **1024 Liberty Drive, Naperville, IL  60565. Under contract for Short Sale at $425,000.00.** | **Tenants by the Entirety** | J | 425,000.00 | 641,118.41 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,523,122.00** | (Total of this page) |
| Total > | **1,523,122.00** |  |

  __0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re     **Ovidiu Gabriel Vlad,**                                           Case No. _____
          **Beth Ann Vlad**

_____,

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account #2910866633** | H | 106.02 |
| | | **Bank of America Savings Account # 2918308986** | H | 300.02 |
| | | **Citibank Checking Account # 920460467** | H | 157.49 |
| | | **DuPage Credit Union Checking Account # 7464681-30** | H | 73.88 |
| | | **DuPage Credit Union Savings Account # 7464681-00** | H | 5.00 |
| | | **First American Bank Checking Account # 28003694910** | H | 75.72 |
| | | **HSBC Checking Accout # 966471458** | H | 173.91 |
| | | **HSBC Savings account # 420244450** | H | 5.03 |
| | | **Loyola University Credit Union Checking Account # 12632000** | H | 27.75 |
| | | **USAA Federal Savings Bank Checking Account # 100329543** | H | 33.00 |
| | | **USAA Federal Savings Bank Checking Account # 125783124** | H | 333.00 |
| | | **USAA Federal Savings Bank Checking Account # 100520359** | H | 41.21 |
| | | **USAA Federal Savings Bank Savings Account # 51390256** | H | 33.00 |
| | | **USAA Federal Savings Bank Certificate of Deposit Account # 23000000533931 used as collateral for a USAA Secured Credit Card Account Number ending in 3192.** | H | 1,000.00 |

Sub-Total >          **2,365.03**
(Total of this page)

__5__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**                                                    Case No. _____
      **Beth Ann Vlad**
                                            ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | USAA Federal Savings Bank Savings Account # 141867868, Children's Savings Account, joint with Megan A. Vlad, Daughter | H | 200.05 |
| | | USAA Federal Savings Bank Savings Account # 141868007, Children's Savings Account, joint with Kurt A. Vlad, Son. | H | 200.05 |
| | | USAA Federal Savings Bank Savings Account # 141868015, Children's Savings Account joint with Holly M/ Vlad, Daughter. | H | 200.05 |
| | | USAA Checking, acct # 54374294 | W | 206.83 |
| | | US Bank checking, acct# 1 993 7377 4900 | W | 900.00 |
| | | US Bank savings, acct# 1 993 7377 4900 | W | 25.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods, Furnishings, Appliances and Electronics | J | 3,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. | Wearing apparel. | | Necessary Wearing Apparel | J | 600.00 |
| 7. | Furs and jewelry. | | Miscellaneous jewelry and engagement ring | W | 1,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. | Annuities. Itemize and name each issuer. | | AXA Equitable Annuity | W | 22,382.98 |

|  | Sub-Total > | 28,714.96 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Ovidiu Gabriel Vlad,**                                        Case No. _____
          **Beth Ann Vlad**

_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **SURS account** | W | 95,452.17 |
| | | **TIAA-CREF account** | W | 11,740.56 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **55,800 shares of stock in Embedded Control Systems, Inc.  Company has approximately $16,000,000.00 in debt.  Company has not done any business since 2008.** | H | 0.00 |
| | | **100% of stock in Digital Thinkers, Inc.  Assets consist of 50,000 shares of Embedded Control Systems stock.  (See Embedded Control Systems, Inc.) Liabilities include back pay for employees, back taxes and various judgments.  Company has not done any business since 2008.** | H | 0.00 |
| | | **Flight Test Labs, LLC.  No assets and no liabilities. Never done any business.** | H | 0.00 |
| | | **Aerospace Design Group, LLC.  No assets, no liabilities, never done any business.** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        107,192.73
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**                Case No. _____

       **Beth Ann Vlad**

                                        Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Honda Minivan - value as per Kelley Blue Book** | W | 4,082.00 |

|  | Sub-Total > | 4,082.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**                                              Case No. _____
         **Beth Ann Vlad**
                                                              ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2000 Hummer Wagon. not running, leaking fluids, raining inside, in need of minimum $28,000 worth of new parts: frame damage (frame bent, engine, transmission and transfer case mis-aligned), engine block (cylinder #8 sleeve wall burst - leaking coolant), starter (solenoid not engaging, not serviceable part), steering pump (leaking heavily) and steering components (pitman arm, idler arm, tie-rods), lift pump (not running), injection pump and driver module (fuel sensor not working - not serviceable part), turbo-charger and waste-gate solenoid (zero boost), both differentials (lockers locked permanently, not serviceable, glow-plugs and controller, wheels and tires (rims bent and tires worn out after more than 100,000 miles), CTIS pump and valves, radiator stack (leaking), electrical ground issues due to frame damage, etc. Labor costs for the above minimum $4,000 (40 hours at $100/hour). Additionally large spots of rust and rust holes throughout the cabin, water leaking in the car while raining/snowing and running through puddles (rust holes from under-carriage), needs new paint, minimum $7,000 (cabin halves need to be taken apart and re-riveted, new membranes installed between the steel and aluminum surfaces, etc.). Total amount needed to be made road worthy approximately $39,000.** | **H** | **0.00** |
| 26.  Boats, motors, and accessories. | **X** | | | |
| 27.  Aircraft and accessories. | **X** | | | |
| 28.  Office equipment, furnishings, and supplies. | **X** | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30.  Inventory. | **X** | | | |
| 31.  Animals. | **X** | | | |
| 32.  Crops - growing or harvested. Give particulars. | **X** | | | |
| 33.  Farming equipment and implements. | **X** | | | |
| 34.  Farm supplies, chemicals, and feed. | **X** | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**                                    Case No. _____

 **Beth Ann Vlad**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Timeshare at Oyster Bay Resort. Purchased in 2001. Made monthly payments for a few years then stopped making payments and abandoned the timeshare. Presumed foreclosed.** | **J** | **0.00** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **142,354.72** |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Ovidiu Gabriel Vlad,**
          **Beth Ann Vlad**                                          Case No. _____

_____,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                             *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **48 Baker Lane, Naperville, IL  60565.  Purchased in July , 2007 for $1,675,000.  Current Market Value as per Zillow.com** | **735 ILCS 5/12-901** | **30,000.00** | **1,098,122.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America Checking Account #2910866633** | **735 ILCS 5/12-1001(b)** | **106.02** | **106.02** |
| **Bank of America Savings Account # 2918308986** | **735 ILCS 5/12-1001(b)** | **300.02** | **300.02** |
| **Citibank Checking Account # 920460467** | **735 ILCS 5/12-1001(b)** | **157.49** | **157.49** |
| **DuPage Credit Union Checking Account # 7464681-30** | **735 ILCS 5/12-1001(b)** | **73.88** | **73.88** |
| **DuPage Credit Union Savings Account # 7464681-00** | **735 ILCS 5/12-1001(b)** | **5.00** | **5.00** |
| **First American Bank Checking Account # 28003694910** | **735 ILCS 5/12-1001(b)** | **75.72** | **75.72** |
| **HSBC Checking Accout # 966471458** | **735 ILCS 5/12-1001(b)** | **173.91** | **173.91** |
| **HSBC Savings account # 420244450** | **735 ILCS 5/12-1001(b)** | **5.03** | **5.03** |
| **Loyola University Credit Union Checking Account # 12632000** | **735 ILCS 5/12-1001(b)** | **27.75** | **27.75** |
| **USAA Federal Savings Bank Checking Account # 100329543** | **735 ILCS 5/12-1001(b)** | **33.00** | **33.00** |
| **USAA Federal Savings Bank Checking Account # 125783124** | **735 ILCS 5/12-1001(b)** | **333.00** | **333.00** |
| **USAA Federal Savings Bank Checking Account # 100520359** | **735 ILCS 5/12-1001(b)** | **41.21** | **41.21** |
| **USAA Federal Savings Bank Savings Account # 51390256** | **735 ILCS 5/12-1001(b)** | **33.00** | **33.00** |
| **USAA Federal Savings Bank Certificate of Deposit Account # 23000000533931 used as collateral for a USAA Secured Credit Card Account Number ending in 3192.** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **USAA Federal Savings Bank Savings Account # 141867868, Children's Savings Account, joint with Megan A. Vlad, Daughter** | **735 ILCS 5/12-1001(b)** | **200.05** | **200.05** |

___2___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Ovidiu Gabriel Vlad,**                                    Case No. _____

  **Beth Ann Vlad**

_____,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| USAA Federal Savings Bank Savings Account # 141868007, Children's Savings Account, joint with Kurt A. Vlad, Son. | 735 ILCS 5/12-1001(b) | 200.05 | 200.05 |
| USAA Federal Savings Bank Savings Account # 141868015, Children's Savings Account joint with Holly M/ Vlad, Daughter. | 735 ILCS 5/12-1001(b) | 200.05 | 200.05 |
| USAA Checking, acct # 54374294 | 735 ILCS 5/12-1001(b) | 100.00 | 206.83 |
| US Bank checking, acct# 1 993 7377 4900 | 735 ILCS 5/12-1001(b) | 900.00 | 900.00 |
| US Bank savings, acct# 1 993 7377 4900 | 735 ILCS 5/12-1001(b) | 0.00 | 25.00 |
| **Household Goods and Furnishings** Household Goods, Furnishings, Appliances and Electronics | 735 ILCS 5/12-1001(b) | 3,000.00 | 3,000.00 |
| **Wearing Apparel** Necessary Wearing Apparel | 735 ILCS 5/12-1001(a) | 600.00 | 600.00 |
| **Furs and Jewelry** Miscellaneous jewelry and engagement ring | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Annuities** AXA Equitable Annuity | 11 U.S.C. § 522(b)(3)(C) 40 ILCS 5/8-244, 5/9-228, 5/14-147 735 ILCS 5/12-704 | 22,382.98 0.00 0.00 | 22,382.98 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** SURS account | 735 ILCS 5/12-704 | 95,452.17 | 95,452.17 |
| TIAA-CREF account | 735 ILCS 5/12-1006 | 11,740.56 | 11,740.56 |
| **Stock and Interests in Businesses** 55,800 shares of stock in Embedded Control Systems, Inc.  Company has approximately $16,000,000.00 in debt.  Company has not done any business since 2008. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| 100% of stock in Digital Thinkers, Inc.  Assets consist of 50,000 shares of Embedded Control Systems stock.  (See Embedded Control Systems, Inc.) Liabilities include back pay for employees, back taxes and various judgments. Company has not done any business since 2008. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Flight Test Labs, LLC.  No assets and no liabilities.  Never done any business. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Aerospace Design Group, LLC.  No assets, no liabilities, never done any business. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |

Sheet  __1__  of  __2__  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Ovidiu Gabriel Vlad,**          Case No. _____

     **Beth Ann Vlad**

_____ ,
             Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Honda Minivan - value as per Kelley Blue Book** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **4,082.00** |
| **2000 Hummer Wagon. not running, leaking fluids, raining inside, in need of minimum $28,000 worth of new parts: frame damage (frame bent, engine, transmission and transfer case mis-aligned), engine block (cylinder #8 sleeve wall burst - leaking coolant), starter (solenoid not engaging, not serviceable part), steering pump (leaking heavily) and steering components (pitman arm, idler arm, tie-rods), lift pump (not running), injection pump and driver module (fuel sensor not working - not serviceable part), turbo-charger and waste-gate solenoid (zero boost), both differentials (lockers locked permanently, not serviceable), glow-plugs and controller, wheels and tires (rims bent and tires  worn out after more than 100,000 miles), CTIS pump and valves, radiator stack (leaking), electrical ground issues due to frame damage, etc. Labor costs for the above minimum $4,000 (40 hours at $100/hour). Additionally large spots of rust and rust holes throughout the cabin, water leaking in the car while raining/snowing and running through puddles (rust holes from under-carriage), needs new paint, minimum $7,000 (cabin halves need to be taken apart and re-riveted, new membranes installed between the steel and aluminum surfaces, etc.). Total amount needed to be made road worthy approximately $39,000.** | **735 ILCS 5/12-1001(c)** | **0.00** | **0.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Timeshare at Oyster Bay Resort.  Purchased in 2001.  Made monthly payments for a few years then stopped making payments and abandoned the timeshare.  Presumed foreclosed.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| | Total: | **170,540.89** | **1,240,476.72** |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re     **Ovidiu Gabriel Vlad,**                                           Case No. _____
          **Beth Ann Vlad**
                                                                    ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx6673** | | | **2001** | | | | | |
| **ASC** **Bankruptcy Dept.** **POB 10328** **Des Moines, IA 50306** | | J | **First Mortgage** **1024 Liberty Drive, Naperville, IL  60565.** **Under contract for Short Sale at $425,000.00.** | | | | | |
| | | | Value $                    **425,000.00** | | | | **431,022.82** | **6,022.82** |
| Account No. | | | | | | | | |
| **America's Servicing Company** **Bankruptcy Dept.** **POB 10335** **Des Moines, IA 50306** | | | **Representing:** **ASC** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **America's Servicing Company** **Bankruptcy Dept.** **POB 10328** **Des Moines, IA 50306** | | | **Representing:** **ASC** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **America's Servicing Company** **Bankruptcy Dept.** **1 Home Campus** **Des Moines, IA 50328-0001** | | | **Representing:** **ASC** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

_5_    continuation sheets attached

Subtotal
(Total of this page)

| **431,022.82** | **6,022.82** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Ovidiu Gabriel Vlad,**
       **Beth Ann Vlad**

Case No. _____

_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ASC** <br> **Bankruptcy Dept.** <br> **POB 1217** <br> **Charlotte, NC 28201** | | | **Representing:** <br> **ASC** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **Codilis & Associates** <br> **15 W 030 North Frontage  #100** <br> **Bankruptcy Dept.** <br> **Burr Ridge, IL 60527** | | | **Representing:** <br> **ASC** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. **xxxxxxxx6602** <br><br> **BSI Financial Services** <br> **Bankruptcy Dept.** <br> **POB 517 / 314 S. Franklin St.** <br> **Titusville, PA 16354** | | W | **2010** <br><br> **Second Mortgage** <br><br> **48 Baker Lane, Naperville, IL  60565.** <br> **Purchased in July , 2007 for $1,675,000.** <br> **Current Market Value as per Zillow.com** <br> Value $            **1,098,122.00** | | | | **334,350.00** | **334,350.00** |
| Account No. **xxxxx8026** <br><br> **BSI Financial Services** <br> **Bankruptcy Dept.** <br> **POB 517 / 314 S. Franklin St.** <br> **Titusville, PA 16354** | | | **Representing:** <br> **BSI Financial Services** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **DTA Solutions LLC** <br> **Bankruptcy Dept.** <br> **9428 Baymeadows Road #260** <br> **Jacksonville, FL 32256** | | | **Representing:** <br> **BSI Financial Services** <br><br><br> Value $ | | | | **Notice Only** | |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **334,350.00** | **334,350.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
          **Beth Ann Vlad**                                                Case No. _____
                                                                    ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | | |
| Account No. | | | | | | | | | | |
| DTA Solutions LLC Bankruptcy Dept. POB 4115 Concord, CA 94524 | | | | | Representing: BSI Financial Services | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| National City Bankruptcy Dept. POB 5570 Cleveland, OH 44101-0570 | | | | | Representing: BSI Financial Services | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| National City Card Ser 1 Financial Pkwy Bankruptcy Dept. Kalamazoo, MI 49009 | | | | | Representing: BSI Financial Services | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. **3871** | | | | | | | | | | |
| PNC Bank Bankruptcy Dept. 23000 Mill Creek Blvd. Highland Hills, OH 44122 | | | | | Representing: BSI Financial Services | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. **939800** | | | | | | | | | | |
| Strategic Recovery Group Bankruptcy Dept. 7880 Bent Branch Drive Irving, TX 75063 | | | | | Representing: BSI Financial Services | | | | Notice Only | |
| | | | | | Value $ | | | | | |

Sheet _**2**_ of _**5**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 0.00 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Ovidiu Gabriel Vlad,**
**Beth Ann Vlad**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **939800** <br><br> **Strategic Recovery Group** <br> **Bankruptcy Dept.** <br> **POB 52238** <br> **Idaho Falls, ID 83405-2238** | | | Representing: <br> **BSI Financial Services** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. **xxxx0971** <br><br> **Chase** <br> **Bankruptcy Dept.** <br> **3415 Vision Drive** <br> **Columbus, OH 43219-6009** | | J | **2005** <br><br> **Second Mortgage** <br><br> **1024 Liberty Drive, Naperville, IL  60565. Under contract for Short Sale at $425,000.00.** <br> Value $           **425,000.00** | | | | **210,095.59** | **210,095.59** |
| Account No. <br><br> **National Asset Recovery Services** <br> **Bankruptcy Dept.** <br> **POB 701** <br> **Chesterfield, MO 63006-0701** | | | Representing: <br> **Chase** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. **016410629** <br><br> **Vital Recovery Services, Inc.** <br> **Bankruptcy Dept.** <br> **POB 923748** <br> **Norcross, GA 30010-3748** | | | Representing: <br> **Chase** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **EMC Mortgage** <br> **Bankruptcy Dept.** <br> **POB 141358** <br> **Irving, TX 75014** | | J | **2007** <br><br> **Mortgage** <br><br><br> Value $           **0.00** | | | | **Unknown** | **Unknown** |

Sheet _3__ of _5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **210,095.59** | **210,095.59** |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Ovidiu Gabriel Vlad,**
**Beth Ann Vlad**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**EMC Mortgage** <br>**Bankruptcy Dept.** <br>**909 Hidden Ridge Drive** <br>**Irving, TX 75038** | | | Representing: <br>**EMC Mortgage** <br><br><br>Value $ | | | | **Notice Only** | |
| Account No. **xxxxxxxxxx0432** <br><br>**Ocwen\*** <br>**Bankruptcy Dept.** <br>**POB 24738** <br>**West Palm Beach, FL 33416-4738** | | W | **2012** <br><br>**First Mortgage** <br><br>**48 Baker Lane, Naperville, IL 60565.** <br>**Purchased in July , 2007 for $1,675,000.** <br>**Current Market Value as per Zillow.com** <br>Value $ **1,098,122.00** | | | | **1,341,860.86** | **243,738.86** |
| Account No. <br><br>**Saxon** <br>**Bankruptcy Dept.** <br>**POB 161489** <br>**Fort Worth, TX 76161-1489** | | | Representing: <br>**Ocwen\*** <br><br><br>Value $ | | | | **Notice Only** | |
| Account No. <br><br>**Saxon** <br>**Bankruptcy Dept.** <br>**4708 Mercantile Drive North** <br>**Fort Worth, TX 76137** | | | Representing: <br>**Ocwen\*** <br><br><br>Value $ | | | | **Notice Only** | |
| Account No. <br><br>**Saxon Mortgage** <br>**Bankruptcy Dept.** <br>**POB 163405** <br>**Fort Worth, TX 76161-1489** | | | Representing: <br>**Ocwen\*** <br><br><br>Value $ | | | | **Notice Only** | |

Sheet ___**4**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,341,860.86** | **243,738.86** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Ovidiu Gabriel Vlad,**
 **Beth Ann Vlad**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |||| DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. **xxxx xxxx xxxx 3192** <br><br> **USAA Federal Savings Bank** <br> **Bankruptcy Dept.** <br> **10750 McDermott Freeway** <br> **San Antonio, TX 78288-0544** | H | | | | **2011** <br> **Non-Purchase Money Security** <br> **USAA Federal Savings Bank Certificate of Deposit Account # 23000000533931 used as collateral for a USAA Secured Credit Card Account Number ending in 3192.** <br><br> Value $  **1,000.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br><br><br><br> | | | | | <br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | | | <br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | | | <br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | | | <br> Value $ | | | | | |

Sheet **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **0.00** | **0.00** |
| Total <br> (Report on Summary of Schedules) | **2,317,329.27** | **794,207.27** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **Ovidiu Gabriel Vlad,**                                    Case No. _____
         **Beth Ann Vlad**

_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____**1**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Ovidiu Gabriel Vlad,**
       **Beth Ann Vlad**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-5471**<br><br>**Illinois Department of Revenue**  *<br>**Bankruptcy Dept**<br>**POB 64338**<br>**Chicago, IL 60664-0338** | | J | **Personal Income Taxes for 2007 and 2008** | | | | 31,346.92 | 0.00 | 31,346.92 |
| Account No. **1607677120**<br><br>**Linebarger Goggan Blair & Sampson**<br>**Bankruptcy Dept.**<br>**POB 06152**<br>**Chicago, IL 60606-0152** | | | **Representing:**<br>**Illinois Department of Revenue**  * | | | | Notice Only | | |
| Account No. **xxx-xx-5471**<br><br>**Internal Revenue Service***<br>**Bankruptcy Dept.**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | | J | **Personal Income Taxes for 2007 and 2008** | | | | 179,382.92 | 0.00 | 179,382.92 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet _**1**_ of _**1**_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | 0.00<br>210,729.84 | 210,729.84 |
| | Total<br>(Report on Summary of Schedules) | 0.00<br>210,729.84 | 210,729.84 |

B6F (Official Form 6F) (12/07)

In re  **Ovidiu Gabriel Vlad,**                                      Case No. _____
**Beth Ann Vlad**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-7683-1  **ACS Education Bankruptcy Dept. POB 7051 Utica, NY 13504-7051** | | W | **Student Loan** | | | | **24,501.50** |
| Account No. 7683-1  **ACS Bankruptcy Dept. POB 371821 Pittsburgh, PA 15250-7821** | | | Representing: ACS Education | | | | **Notice Only** |
| Account No.  **Alan Saltzman 4 Kings Mill San Antonio, TX 78257** | | H | **2010 Personal Loan** | | | | **24,000.00** |
| Account No. xxxx xxxx xxxx 81003  **American Express Bankruptcy Dept. POB 6618 Omaha, NE 68105-0618** | | J | **2008 Miscellaneous Consumer Purchases** | | | | **5,725.27** |

|  | Subtotal (Total of this page) | **54,226.77** |
|---|---|---|

__32__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
        **Beth Ann Vlad**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **American Express Bankruptcy Dept. POB 7871 Fort Lauderdale, FL 33329** | | | | Representing: **American Express** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **American Express Bankruptcy Dept. POB 26312 Lehigh Valley, PA 18002-6312** | | | | Representing: **American Express** | | | | **Notice Only** |
| Account No. **11 SC 3907 Will County** | | | | | | | | |
| **Blatt, Hasenmiller, Leibsker&Moore 125 South Wacker  #400 Bankruptcy Dept. Chicago, IL 60606** | | | | Representing: **American Express** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Nationwide Credit, Inc. Bankruptcy Dept. 2015 Vaughn Rd. NW  Ste 400 Kennesaw, GA 30144-7802** | | | | Representing: **American Express** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 41007** | | | | **Miscellaneous Consumer Purchases** | | | | |
| **American Express Bankruptcy Dept. POB 6618 Omaha, NE 68105-0618** | | H | | | | | | **3,729.27** |

Sheet no. __1__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,729.27**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
         **Beth Ann Vlad**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **41007**<br><br>**American Express**<br>**Bankruptcy Dept.**<br>**POB 7871**<br>**Fort Lauderdale, FL 33329** | | | | Representing:<br>**American Express** | | | | **Notice Only** |
| Account No. **41007**<br><br>**American Express**<br>**Bankruptcy Dept.**<br>**POB 26312**<br>**Lehigh Valley, PA 18002** | | | | Representing:<br>**American Express** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 88423**<br><br>**American Express**<br>**Bankruptcy Dept.**<br>**POB 7871**<br>**Fort Lauderdale, FL 33329** | | H | | **Miscellaneous Consumer Purchases** | | | | **5,725.00** |
| Account No. **xxxx xxxx xxxx 4785**<br><br>**Bank of America**<br>**P.O. Box 15027**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19850-5027** | | H | | **2005**<br>**Miscellaneous Consumer Purchases** | | | | **9,135.00** |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 15026**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19850-5026** | | | | Representing:<br>**Bank of America** | | | | **Notice Only** |

Sheet no. \_\_**2**\_\_ of \_\_**32**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,860.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ovidiu Gabriel Vlad,**
       **Beth Ann Vlad**
_____,
                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **FOD861** <br><br> **NCO Financial Systems, Inc.** <br> **Bankruptcy Dept** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. **5720** <br><br> **Northstar Location Services, LLC** <br> **Bankruptcy Dept.** <br> **4285 Genesee Street** <br> **Cheektowaga, NY 14225-1943** | | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. **B16514913** <br><br> **Tate & Kirlin Associates** <br> **Bankruptcy Dept.** <br> **2810 Southampton Road** <br> **Philadelphia, PA 19154** | | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 9753** <br><br> **Bank of America** <br> **P.O. Box 15027** <br> **Bankruptcy Dept.** <br> **Wilmington, DE 19850-5027** | | H | | **Miscellaneous Consumer Purchases** | | | | **14,919.00** |
| Account No. **16862568** <br><br> **Cavalry Portfolio Services** <br> **Bankruptcy Dept.** <br> **500 Summit Lake Drive #400** <br> **Valhalla, NY 10595-1340** | | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |

Sheet no. **_3_** of **_32_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,919.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Ovidiu Gabriel Vlad,**
          **Beth Ann Vlad**
                                                                    Case No. _____
_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **16862568**<br><br>**Cavalry Portfolio Services**<br>**Bankruptcy Dept.**<br>**POB 1017**<br>**Hawthorne, NY 10532** | | | **Representing:**<br>**Bank of America** | | | | **Notice Only** |
| Account No.<br><br>**Central Portfolio Control**<br>**Bankruptcy Dept.**<br>**6640 Shady Oak Rd. #300**<br>**Eden Prairie, MN 55344-7710** | | | **Representing:**<br>**Bank of America** | | | | **Notice Only** |
| Account No. **9178366**<br><br>**NES of Ohio**<br>**29125 Solon Road**<br>**Bankruptcy Dept.**<br>**Solon, OH 44139-3442** | | | **Representing:**<br>**Bank of America** | | | | **Notice Only** |
| Account No. **100017**<br><br>**The Shindler Law Firm**<br>**Bankruptcy Dept.**<br>**1990 East Algonquin Road #180**<br>**Schaumburg, IL 60173** | | | **Representing:**<br>**Bank of America** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 3938**<br><br>**Bank of America**<br>**P.O. Box 15027**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19850-5027** | | H | **Miscellaneous Consumer Purchases** | | | | **9,379.08** |

Sheet no. __**4**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,379.08**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ovidiu Gabriel Vlad,**
    **Beth Ann Vlad**
                                                       ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **Bank of America** **P.O. Box 15026** **Bankruptcy Dept.** **Wilmington, DE 19850-5026** | | | | **Representing:** **Bank of America** | | | | **Notice Only** |
| **Account No. 17015695** | | | | | | | | |
| **Cavalry Portfolio Services** **Bankruptcy Dept.** **500 Summit Lake Drive #400** **Valhalla, NY 10595-1340** | | | | **Representing:** **Bank of America** | | | | **Notice Only** |
| **Account No. 17015695** | | | | | | | | |
| **Cavalry Portfolio Services** **Bankruptcy Dept.** **POB 1017** **Hawthorne, NY 10532** | | | | **Representing:** **Bank of America** | | | | **Notice Only** |
| **Account No. 12374214** | | | | | | | | |
| **J.C. Christensen & Associates, Inc.** **Bankruptcy Dept.** **POB 519** **Sauk Rapids, MN 56379** | | | | **Representing:** **Bank of America** | | | | **Notice Only** |
| **Account No. xxxx xxxx xxxx 4107** | | | | **Miscellaneous Consumer Purchases** | | | | |
| **Bank of America** **P.O. Box 15027** **Bankruptcy Dept.** **Wilmington, DE 19850-5027** | | H | | | | | | **7,126.80** |

Sheet no. __5__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,126.80**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**
**Beth Ann Vlad**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **22730071** <br><br> **Associated Recovery Systems** <br> **Bankruptcy Dept.** <br> **POB 469046** <br> **Escondido, CA 92046-9046** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. <br><br> **Bank of America** <br> **P.O. Box 15026** <br> **Bankruptcy Dept.** <br> **Wilmington, DE 19850-5026** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. **13576489** <br><br> **Encore Receivable Management** <br> **Bankruptcy Dept.** <br> **400 N. Rogers Road  POB 3330** <br> **Olathe, KS 66063-3330** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. **13576489** <br><br> **Encore Receivable Management, Inc.** <br> **Bankruptcy Dept.** <br> **POB 1880** <br> **Southgate, MI 48195-0880** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. **13576489** <br><br> **Encore Receivables Management** <br> **Bankruptcy Dept.** <br> **POB 519** <br> **Sauk Rapids, MN 56379** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |

Sheet no. __6__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ovidiu Gabriel Vlad,**
      **Beth Ann Vlad**
                                    ,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | | | | | |
| **Northstar Location Services, LLC** **Bankruptcy Dept.** **4285 Genesee Street** **Cheektowaga, NY 14225-1943** | | | | | Representing: **Bank of America** | | | | **Notice Only** |
| **Account No. xxxx xxxx xxxx 5720** | | W | | | **2005** **Miscellaneous Consumer Purchases** | | | | |
| **Bank of America** **P.O. Box 15027** **Bankruptcy Dept.** **Wilmington, DE 19850-5027** | | | | | | | | | **7,679.37** |
| **Account No.** | | | | | | | | | |
| **Bank of America** **P.O. Box 15026** **Bankruptcy Dept.** **Wilmington, DE 19850-5026** | | | | | Representing: **Bank of America** | | | | **Notice Only** |
| **Account No. BAM 71-074012460** | | | | | | | | | |
| **Collectcorp** **Bankruptcy Dept.** **P.O. Box 101928  Dept. 4947A** **Birmingham, AL 35210-1928** | | | | | Representing: **Bank of America** | | | | **Notice Only** |
| **Account No. BAM 71-074012460** | | | | | | | | | |
| **Collectcorp. Corporation** **Bankruptcy Dept.** **455 North 3rd Street Suite 260** **Phoenix, AZ 85004-3924** | | | | | Representing: **Bank of America** | | | | **Notice Only** |

Sheet no. __7__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,679.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**
      **Beth Ann Vlad**                                                    Case No. _____

                                             ,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Creditors Financial Group, LLC** <br> **Bankruptcy Dept.** <br> **POB 440290** <br> **Aurora, CO 80044-0290** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. <br><br> **Creditors Financial Group, LLC** <br> **Bankruptcy Dept.** <br> **3131 South Vaughn Way #110** <br> **Aurora, CO 80014** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. **27238722** <br><br> **FMA Alliance, Ltd.** <br> **12339 Cutten Road** <br> **Bankruptcy Dept.** <br> **Houston, TX 77066** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. <br><br> **Northstar Location Services, LLC** <br> **Bankruptcy Dept.** <br> **4285 Genesee Street** <br> **Cheektowaga, NY 14225-1943** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 6007** <br><br> **Bank of America** <br> **P.O. Box 15027** <br> **Bankruptcy Dept.** <br> **Wilmington, DE 19850-5027** | **H** | | **2005** <br> **Miscellaneous Consumer Purchases** | | | | **6,234.17** |

Sheet no. __**8**__ of __**32**__ sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)      **6,234.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
        **Beth Ann Vlad**                                          Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **27099241** | | | | | | | | |
| **FMA Alliance, Ltd.** **12339 Cutten Road** **Bankruptcy Dept.** **Houston, TX 77066** | | | | Representing: Bank of America | | | | **Notice Only** |
| Account No. **FOE001** | | | | | | | | |
| **NCO Financial Systems, Inc.** **Bankruptcy Dept** **507 Prudential Road** **Horsham, PA 19044** | | | | Representing: Bank of America | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 5039** | | H | | **2005** **Miscellaneous Consumer Purchases** | | | | |
| **Bank of America** **P.O. Box 15027** **Bankruptcy Dept.** **Wilmington, DE 19850-5027** | | | | | | | | **10,335.97** |
| Account No. | | | | | | | | |
| **Bank of America** **P.O. Box 15026** **Bankruptcy Dept.** **Wilmington, DE 19850-5026** | | | | Representing: Bank of America | | | | **Notice Only** |
| Account No. **16862898** | | | | | | | | |
| **Cavalry Portfolio Services** **Bankruptcy Dept.** **500 Summit Lake Drive #400** **Valhalla, NY 10595-1340** | | | | Representing: Bank of America | | | | **Notice Only** |

Sheet no. __9___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,335.97**

10/17/12  5:13PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**
      **Beth Ann Vlad**                                                Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **16862898**<br><br>**Cavalry Portfolio Services**<br>**Bankruptcy Dept.**<br>**POB 1017**<br>**Hawthorne, NY 10532** | | | | **Representing:**<br>**Bank of America** | | | | **Notice Only** |
| Account No. **12040225**<br><br>**J.C. Christensen & Associates, Inc.**<br>**Bankruptcy Dept.**<br>**POB 519**<br>**Sauk Rapids, MN 56379** | | | | **Representing:**<br>**Bank of America** | | | | **Notice Only** |
| Account No. **9178693**<br><br>**NES of Ohio**<br>**29125 Solon Road**<br>**Bankruptcy Dept.**<br>**Solon, OH 44139-3442** | | | | **Representing:**<br>**Bank of America** | | | | **Notice Only** |
| Account No. **302884**<br><br>**The Shindler Law Firm**<br>**Bankruptcy Dept.**<br>**1990 East Algonquin Road #180**<br>**Schaumburg, IL 60173** | | | | **Representing:**<br>**Bank of America** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 9630**<br><br>**Bank of America**<br>**P.O. Box 15027**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19850-5027** | | H | | **Miscellaneous Consumer Purchases** | | | | **4,394.27** |

Sheet no. __**10**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,394.27**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
      **Beth Ann Vlad**

Case No. _____

                                              ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11 SC 7820** <br><br> **Blatt, Hasenmiller, Leibsker&Moore** <br> **125 South Wacker  #400** <br> **Bankruptcy Dept.** <br> **Chicago, IL 60606** | | | Representing:<br>**Bank of America** | | | | **Notice Only** |
| Account No. **503232** <br><br> **Budzik & Dynia LLC** <br> **Bankruptcy Dept.** <br> **4849 N. Milwaukee Ave. #801** <br> **Chicago, IL 60630** | | | Representing:<br>**Bank of America** | | | | **Notice Only** |
| Account No. **XT2978** <br><br> **CCB Credit Services** <br> **Bankruptcy Dept.** <br> **5300 S. 6th Street** <br> **Springfield, IL 62703-5184** | | | Representing:<br>**Bank of America** | | | | **Notice Only** |
| Account No. **2480219** <br><br> **NCC Business Services, Inc.** <br> **Bankruptcy Dept.** <br> **9428 Baymeadows Rd. #200** <br> **Jacksonville, FL 32256** | | | Representing:<br>**Bank of America** | | | | **Notice Only** |
| Account No. <br><br> **NCO Financial Services** <br> **Bankruptcy Dept.** <br> **5300 S. 6th Street** <br> **Springfield, IL 62703-5184** | | | Representing:<br>**Bank of America** | | | | **Notice Only** |

Sheet no. __11__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
          **Beth Ann Vlad**

Case No. _____

_____,
                                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **FGF459** | | | | | | | | | |
| NCO Financial Systems, Inc. Bankruptcy Dept 507 Prudential Road Horsham, PA 19044 | | | | | Representing: Bank of America | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 2949** | | H | | | **2006 Miscellaneous Consumer Purchases** | | | | |
| Bank of America P.O. Box 15027 Bankruptcy Dept. Wilmington, DE 19850-5027 | | | | | | | | | **4,394.27** |
| Account No. | | | | | | | | | |
| Blatt, Hasenmiller, Leibsker&Moore 125 South Wacker  #400 Bankruptcy Dept. Chicago, IL 60606 | | | | | Representing: Bank of America | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 3778** | | H | | | **Miscellaneous Consumer Purchases** | | | | |
| Bank of America P.O. Box 15027 Bankruptcy Dept. Wilmington, DE 19850-5027 | | | | | | | | | **7,520.00** |
| Account No. | | | | | | | | | |
| Bank of America P.O. Box 15026 Bankruptcy Dept. Wilmington, DE 19850-5026 | | | | | Representing: Bank of America | | | | **Notice Only** |

Sheet no. __**12**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,914.27**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
       **Beth Ann Vlad**
                                                                    Case No. _____
                                                            ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 9842** <br><br> **Bank of America** <br> **P.O. Box 15027** <br> **Bankruptcy Dept.** <br> **Wilmington, DE 19850-5027** | | W | **Miscellaneous Consumer Purchases** | | | | **7,590.11** |
| Account No. <br><br> **Bank of America** <br> **P.O. Box 15026** <br> **Bankruptcy Dept.** <br> **Wilmington, DE 19850-5026** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. <br><br> **Cavalry Portfolio Services** <br> **Bankruptcy Dept.** <br> **POB 27288** <br> **Tempe, AZ 85285** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. <br><br> **Cavalry Portfolio Services** <br> **Bankruptcy Dept.** <br> **4050 East Cotton Center Blvd.** <br> **Phoenix, AZ 85040** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 2235** <br><br> **Bose/HSBC Retail Services** <br> **Bankruptcy Dept.** <br> **POB 17602** <br> **Baltimore, MD 21297-1602** | | H | **2005** <br> **Miscellaneous Consumer Purchases** | | | | **1,554.63** |

Sheet no. __13__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,144.74**

10/17/12  5:13PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
        **Beth Ann Vlad**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **11-44566** | | | | | | | | |
| **Blitt & Gaines, P.C.** **661 Glenn Avenue** **Bankruptcy Dept.** **Wheeling, IL 60090** | | | | Representing: **Bose/HSBC Retail Services** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Bose/HSBC Retail Services** **Bankruptcy Dept.** **90 Christiana Rd.** **New Castle, DE 19720** | | | | Representing: **Bose/HSBC Retail Services** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **HSBC - Best Buy** **Bankruptcy Dept.** **POB 15221** **Wilmington, DE 19850-5521** | | | | Representing: **Bose/HSBC Retail Services** | | | | **Notice Only** |
| Account No. **10777267** | | | | | | | | |
| **J.C. Christensen $ Associates, Inc.** **Bankruptcy Dept.** **POB 519** **Sauk Rapids, MN 56379** | | | | Representing: **Bose/HSBC Retail Services** | | | | **Notice Only** |
| Account No. **10416480** | | | | | | | | |
| **Leading Edge Recovery Solutions** **Bankruptcy Dept.** **5440 N. Cumberland Ave. #300** **Chicago, IL 60656-1490** | | | | Representing: **Bose/HSBC Retail Services** | | | | **Notice Only** |

Sheet no. __**14**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

10/17/12 5:13PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
      **Beth Ann Vlad**
                                                  ,
                                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **10416480** **Leading Edge Recovery Solutions Bankruptcy Dept. POB 129 Linden, MI 48451-0129** | | | **Representing: Bose/HSBC Retail Services** | | | | **Notice Only** |
| Account No. **15124416** **MRS Associates, Inc. Bankruptcy Dept. 1930 Olney Avenue Cherry Hill, NJ 08003** | | | **Representing: Bose/HSBC Retail Services** | | | | **Notice Only** |
| Account No. **19881484** **Tate & Kirlin Associates Bankruptcy Dept. 2810 Southampton Road Philadelphia, PA 19154** | | | **Representing: Bose/HSBC Retail Services** | | | | **Notice Only** |
| Account No. **9212043** **Weltman, Weinberg & Reis Bankruptcy Dept. 175 South 3rd Street  Suite 900 Columbus, OH 43215-5166** | | | **Representing: Bose/HSBC Retail Services** | | | | **Notice Only** |
| Account No. **168625** **Cavalry Portfolio Services Bankruptcy Dept. POB 27288 Tempe, AZ 85285** | | J | **Collections for Bank of America** | | | | **15,350.00** |

Sheet no. __15__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,350.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ovidiu Gabriel Vlad,**
       **Beth Ann Vlad**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Cavalry Portfolio Services Bankruptcy Dept. 4050 East Cotton Center Blvd. Phoenix, AZ 85040** | | | | **Representing: Cavalry Portfolio Services** | | | | **Notice Only** |
| Account No. **168628** <br><br> **Cavalry Portfolio Services Bankruptcy Dept. POB 27288 Tempe, AZ 85285** | | J | | **Collections for Bank of America** | | | | **10,635.00** |
| Account No. <br><br> **Cavalry Portfolio Services Bankruptcy Dept. 4050 East Cotton Center Blvd. Phoenix, AZ 85040** | | | | **Representing: Cavalry Portfolio Services** | | | | **Notice Only** |
| Account No. **170156** <br><br> **Cavalry Portfolio Services Bankruptcy Dept. POB 27288 Tempe, AZ 85285** | | J | | **Collections for Bank of America** | | | | **9,742.00** |
| Account No. <br><br> **Cavalry Portfolio Services Bankruptcy Dept. 4050 East Cotton Center Blvd. Phoenix, AZ 85040** | | | | **Representing: Cavalry Portfolio Services** | | | | **Notice Only** |

Sheet no. __16__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,377.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**
         **Beth Ann Vlad**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **170214** <br><br> **Cavalry Portfolio Services** <br> **Bankruptcy Dept.** <br> **POB 27288** <br> **Tempe, AZ 85285** | | H | **Collections for Bank of America** | | | | 12,016.00 |
| Account No. <br><br> **Cavalry Portfolio Services** <br> **Bankruptcy Dept.** <br> **4050 East Cotton Center Blvd.** <br> **Phoenix, AZ 85040** | | | **Representing:** <br> **Cavalry Portfolio Services** | | | | Notice Only |
| Account No. <br><br> **Charles Kirkpatrick** <br> **2850 Holloway Lane** <br> **Henderson, KY 42420** | | J | **2009** <br> **Personal Loan** | | | | 260,000.00 |
| Account No. **xxxx xxxx xxxx 0543** <br><br> **Chase** <br> **Po Box 15298** <br> **Bankruptcy Dept.** <br> **Wilmington, DE 19850** | | H | **2003** <br> **Miscellaneous Consumer Purchases** | | | | 7,391.00 |
| Account No. <br><br> **First Resolution Management Corp.** <br> **Bankruptcy Dept.** <br> **POB 34000** <br> **Seattle, WA 98124-1000** | | | **Representing:** <br> **Chase** | | | | Notice Only |

Sheet no. __**17**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

279,407.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
        **Beth Ann Vlad**                                                Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx xxxx xxxx 9172 AND 0543**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19850-5298** | | H | | | **2001**<br>**Miscellaneous Consumer Purchases** | | | | **21,075.79** |
| Account No.<br><br>**Chase Card Services**<br>**Bankruptcy Dept.**<br>**POB 659409**<br>**San Antonio, TX 78265** | | | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No. **2011013**<br><br>**First Resolution Management Corp.**<br>**Bankruptcy Dept.**<br>**POB 34000**<br>**Seattle, WA 98124-1000** | | | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 8339**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19850-5298** | | H | | | **2005**<br>**Miscellaneous Consumer Purchases** | | | | **8,298.47** |
| Account No.<br><br>**Creditors Financial Group, LLC**<br>**Bankruptcy Dept.**<br>**POB 440290**<br>**Aurora, CO 80044-0290** | | | | | **Representing:**<br>**Chase** | | | | **Notice Only** |

Sheet no. __**18**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,374.26**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**
         **Beth Ann Vlad**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 8632** | | | Miscellaneous Consumer Purchases | | | | |
| **Chase** **Bankruptcy Dept.** **POB 15153** **Wilmington, DE 19886-5153** | | W | | | | | 9,504.17 |
| Account No. | | | | | | | |
| **Chase** **P.O. Box 15298** **Bankruptcy Dept.** **Wilmington, DE 19850-5298** | | | Representing: Chase | | | | Notice Only |
| Account No. | | | | | | | |
| **Michael D. Fine** **Bankruptcy Dept.** **131 South Dearborn Street Floor 5** **Chicago, IL 60603** | | | Representing: Chase | | | | Notice Only |
| Account No. | | | | | | | |
| **Will Law Magistrate** **Bankruptcy Dept.** **14 West Jefferson Street** **Joliet, IL 60432** | | | Representing: Chase | | | | Notice Only |
| Account No. **xxxx xxxx xxxx 1712** | | | Miscellaneous Consumer Purchases | | | | |
| **Chase** **P.O. Box 15298** **Bankruptcy Dept.** **Wilmington, DE 19850-5298** | | J | | | | | 28,000.00 |

Sheet no. __**19**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,504.17

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ovidiu Gabriel Vlad,**
      **Beth Ann Vlad**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 1409**<br><br>**Chase Auto Finance**<br>**Bankruptcy Dept.**<br>**POB 29505**<br>**Phoenix, AZ 85038-9505** | | H | | **2007**<br>**Automobile repossession deficiency** | | | | **35,226.99** |
| Account No.<br><br>**ACI**<br>**Bankruptcy Dept.**<br>**6341 Inducon Dr. East**<br>**Sanborn, NY 14132-9097** | | | | **Representing:**<br>**Chase Auto Finance** | | | | **Notice Only** |
| Account No.<br><br>**American Coradius International LLC**<br>**Bankruptcy Dept.**<br>**2420 Sweet Home Rd. #150**<br>**Amherst, NY 14228-2244** | | | | **Representing:**<br>**Chase Auto Finance** | | | | **Notice Only** |
| Account No. **17154835**<br><br>**Leading Edge Recovery Solutions**<br>**Bankruptcy Dept.**<br>**POB 129**<br>**Linden, MI 48451-0129** | | | | **Representing:**<br>**Chase Auto Finance** | | | | **Notice Only** |
| Account No. **17154835**<br><br>**Leading Edge Recovery Solutions**<br>**Bankruptcy Dept.**<br>**5440 N. Cumberland Ave. #300**<br>**Chicago, IL 60656-1490** | | | | **Representing:**<br>**Chase Auto Finance** | | | | **Notice Only** |

Sheet no. __20__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,226.99**

10/17/12  5:13PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**
         **Beth Ann Vlad**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |
| Account No.<br><br>**Chris Miller** |  | H |  | 2010<br>Personal Loan |  |  |  | **5,000.00** |
| Account No. **xxxx xxxx xxxx 0248**<br><br>**Citi**<br>**Bankruptcy Dept.**<br>**1500 Boltonfield St.**<br>**Columbus, OH 43228** |  | H |  | 2009<br>Miscellaneous Consumer Purchases |  |  |  | **34,957.24** |
| Account No.<br><br>**Asset Acceptance Llc**<br>**Po Box 2036**<br>**Bankruptcy Dept.**<br>**Warren, MI 48090** |  |  |  | Representing:<br>Citi |  |  |  | **Notice Only** |
| Account No.<br><br>**Citi**<br>**Bankruptcy Dept.**<br>**POB 6000**<br>**Sioux Falls, SD 57117** |  |  |  | Representing:<br>Citi |  |  |  | **Notice Only** |
| Account No. **11 AR 01275 Will County**<br><br>**Freedman Anselmo Lindberg & Rappe**<br>**Bankruptcy Dept.**<br>**1807 West Diehl Road  Suite 333**<br>**Naperville, IL 60566-7228** |  |  |  | Representing:<br>Citi |  |  |  | **Notice Only** |

Sheet no. __21__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39,957.24**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **Ovidiu Gabriel Vlad,**                                    Case No. _____
           **Beth Ann Vlad**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **United Collection Bureau, Inc.** <br> **5620 Southwyck Blvd.  #206** <br> **Bankruptcy Dept.** <br> **Toledo, OH 43614** | | | Representing: <br> Citi | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 4553** <br><br> **Citifinancial** <br> **Bankruptcy Dept.** <br> **POB 22060** <br> **Tempe, AZ 85285-2060** | | W | **2007** <br> **Miscellaneous Consumer Purchases** | | | | **16,899.34** |
| Account No. <br><br> **CitiFinancial** <br> **Bankruptcy Dept.** <br> **300 St. Paul Place** <br> **Baltimore, MD 21202** | | | Representing: <br> Citifinancial | | | | **Notice Only** |
| Account No. <br><br> **Citifinancial Retail Services** <br> **Bankruptcy Dept.** <br> **POB 183041** <br> **Columbus, OH 43218-3041** | | | Representing: <br> Citifinancial | | | | **Notice Only** |
| Account No. **V20852** <br><br> **DRS Bonded Collection Systems** <br> **Bankruptcy Dept.** <br> **POB 498609** <br> **Cincinnati, OH 45249-8609** | | | Representing: <br> Citifinancial | | | | **Notice Only** |

Sheet no. __22__ of __32__ sheets attached to Schedule of          Subtotal          **16,899.34**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**
         **Beth Ann Vlad**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **V20852**<br><br>**DRS Bonded Collection Systems**<br>**Bankruptcy Dept.**<br>**POB 1022**<br>**Wixom, MI 48393-1022** | | | | Representing:<br>**Citifinancial** | | | | **Notice Only** |
| Account No.<br><br>**Midland Funding**<br>**c/o Blatt Hasenmiller**<br>**125 South Wacker Drive  #400**<br>**Chicago, IL 60606** | | | | Representing:<br>**Citifinancial** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 2161**<br><br>**CitiFinancial**<br>**Bankruptcy Dept.**<br>**POB 6931**<br>**The Lakes, NV 88901-6931** | | W | | **Miscellaneous Consumer Purchases** | | | | **16,844.89** |
| Account No.<br><br>**Blatt, Hasenmiller, Leibsker&Moore**<br>**125 South Wacker  #400**<br>**Bankruptcy Dept.**<br>**Chicago, IL 60606** | | | | Representing:<br>**CitiFinancial** | | | | **Notice Only** |
| Account No.<br><br>**CitiFinancial**<br>**Bankruptcy Dept.**<br>**300 St. Paul Place**<br>**Baltimore, MD 21202** | | | | Representing:<br>**CitiFinancial** | | | | **Notice Only** |

Sheet no. __23__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,844.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ovidiu Gabriel Vlad,**
     **Beth Ann Vlad**

Case No. _____

_____,
                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Account No. 8536376386** <br><br> **MCM** <br> **Bankruptcy Dept.** <br> **POB 603  Dept. 12421** <br> **Oaks, PA 19456** | | | | Representing: <br> **CitiFinancial** | | | | **Notice Only** |
| **Account No. 8536376386** <br><br> **MCM** <br> **Bankruptcy Dept.** <br> **8875 Aero Drive  Suite 200** <br> **San Diego, CA 92123** | | | | Representing: <br> **CitiFinancial** | | | | **Notice Only** |
| Account No. <br><br> **Pentagroup Financial, LLC** <br> **Bankruptcy Dept.** <br> **POB 742245** <br> **Houston, TX 77274-2245** | | | | Representing: <br> **CitiFinancial** | | | | **Notice Only** |
| **Account No. 9426051** <br><br> **Pentagroup Financial, LLC** <br> **Bankruptcy Dept.** <br> **5959 Corporate Drive #1400** <br> **Houston, TX 77036** | | | | Representing: <br> **CitiFinancial** | | | | **Notice Only** |
| **Account No. xxxx xxxx xxxx 6661** <br><br> **Concord Servicing Corporation** <br> **Bankruptcy Dept.** <br> **POB 150** <br> **Scottsdale, AZ 85252** | | W | | **Timeshare** <br> **Oyster Bay Beach Resort account** | | | | **7,000.00** |

Sheet no. __24__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ovidiu Gabriel Vlad,**
         **Beth Ann Vlad**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **09251816661** | | | | | | | | |
| **Concord Servicing Corporation Bankruptcy Dept. 4725 N. Scottsdale Road #300 Scottsdale, AZ 85251** | | | | Representing: **Concord Servicing Corporation** | | | | **Notice Only** |
| Account No. | | H | | **2008 Personal Loan** | | | | |
| **Dale Schoenbeck 215 N. Pine Street Arlington Heights, IL 60004** | | | | | | | | **45,530.00** |
| Account No. **xxxx xxxx xxxx 0658** | | J | | **1988 Miscellaneous Consumer Purchases** | | | | |
| **Discover Bankruptcy Dept. POB 6103 Carol Stream, IL 60197-6103** | | | | | | | | **11,934.22** |
| Account No. | | | | | | | | |
| **Capital Management Services Bankruptcy Dept. 726 Exchange Street  Suite 700 Buffalo, NY 14210** | | | | Representing: **Discover** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Discover Po Box 15316 Bankruptcy Dept. Wilmington, DE 19850** | | | | Representing: **Discover** | | | | **Notice Only** |

Sheet no. __**25**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**57,464.22**

10/17/12 5:13PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
        **Beth Ann Vlad**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Discover** **P.O. Box 30943** **Bankruptcy Dept.** **Salt Lake City, UT 84130** | | | | Representing: Discover | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Financial Recovery Services, Inc.** **Bankruptcy Dept.** **POB 385908** **Minneapolis, MN 55438-5908** | | | | Representing: Discover | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Focus Receivables Management** **Bankruptcy Dept.** **5601 Office Blvd. NE #500** **Albuquerque, NM 87109** | | | | Representing: Discover | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **NCI Nationwide Credit, Inc.** **Bankruptcy Dept.** **4700 Vestal Pkwy E** **Vestal, NY 13850** | | | | Representing: Discover | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 7119** | | | | 1998 **Miscellaneous Consumer Purchases** | | | | |
| **Dupage Credit Union** **1515 Bond St** **Bankruptcy Dept.** **Naperville, IL 60563** | | W | | | | | | **25,245.14** |

Sheet no. __26__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,245.14**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
    **Beth Ann Vlad**
                                                     ,
                               Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **320068**<br><br>**Creditors Resource Service**<br>**Bankruptcy Dept.**<br>**1807 West Diehl Road POB 3107**<br>**Naperville, IL 60566-0377** | | | | Representing:<br>**Dupage Credit Union** | | | | **Notice Only** |
| Account No.<br><br>**DuPage Credit Union**<br>**Bankruptcy Dept.**<br>**POB 4521**<br>**Carol Stream, IL 60197** | | | | Representing:<br>**Dupage Credit Union** | | | | **Notice Only** |
| Account No.<br><br>**DuPage Credit Union**<br>**P.O. Box 3930**<br>**Bankruptcy Dept.**<br>**Naperville, IL 60567-3930** | | | | Representing:<br>**Dupage Credit Union** | | | | **Notice Only** |
| Account No.<br><br>**DuPage Credit Union**<br>**Bankruptcy Dept.**<br>**POB 4521**<br>**Carol Stream, IL 60197** | | | | Representing:<br>**Dupage Credit Union** | | | | **Notice Only** |
| Account No.<br><br>**DuPage Credit Union Visa**<br>**Bankruptcy Dept.**<br>**POB 30495**<br>**Tampa, FL 33630** | | | | Representing:<br>**Dupage Credit Union** | | | | **Notice Only** |

Sheet no. __27__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
        **Beth Ann Vlad**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **10 AR 01249 Will County**  **Freedman Anselmo Lindberg & Rappe Bankruptcy Dept. 1807 West Diehl Road  Suite 333 Naperville, IL 60566-7228** | | | | Representing: **Dupage Credit Union** | | | | **Notice Only** |
| Account No.  **Florence Cline 2617 Dellwood Drive Sevierville, TN 37876** | | J | | **2008 Personal Loan** | | | | **63,000.00** |
| Account No. **xxxx xxxx xxxx 5827**  **HSBC Bankruptcy Dept. POB 37281 Baltimore, MD 21297-3281** | | H | | **2004 Miscellaneous Consumer Purchases** | | | | **5,392.73** |
| Account No.  **Atlantic Credit & Finance Inc. Bankruptcy Dept. POB 11887 Roanoke, VA 24022-1889** | | | | Representing: **HSBC** | | | | **Notice Only** |
| Account No.  **Blatt, Hasenmiller, Leibsker&Moore 125 South Wacker  #400 Bankruptcy Dept. Chicago, IL 60606** | | | | Representing: **HSBC** | | | | **Notice Only** |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**68,392.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**                                     Case No. _____
        **Beth Ann Vlad**

_____,
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Blitt & Gaines, P.C. 661 Glenn Avenue Bankruptcy Dept. Wheeling, IL 60090** | | | | | Representing: HSBC | | | | **Notice Only** |
| Account No. **HSBC Bankruptcy Dept. P.O. Box 80082 Salinas, CA 93912-0082** | | | | | Representing: HSBC | | | | **Notice Only** |
| Account No. **Nations Recovery Center, Inc. Bankruptcy Dept. 6491 Peachtree Industrial Blvd. Atlanta, GA 30360** | | | | | Representing: HSBC | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 5827** **HSBC Bankruptcy Dept. POB 37281 Baltimore, MD 21297-3281** | | H | | | **2004 Miscellaneous Consumer Purchases** | | | | **5,827.84** |
| Account No. **8537560990** **MCM Bankruptcy Dept. POB 603  Dept. 12421 Oaks, PA 19456** | | | | | Representing: HSBC | | | | **Notice Only** |

Sheet no. __**29**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,827.84**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
       **Beth Ann Vlad**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0821** | | | Miscellaneous Consumer Purchases | | | | |
| **JP Morgan Chase Bank**<br>**Bankruptcy Dept.**<br>**POB 15298**<br>**Wilmington, DE 19850** | | H | | | | | 28,740.26 |
| Account No. **11060821** | | | Representing: | | | | |
| **Freedman Anselmo Lindberg & Rappe**<br>**Bankruptcy Dept.**<br>**1807 West Diehl Road  Suite 333**<br>**Naperville, IL 60566-7228** | | | **JP Morgan Chase Bank** | | | | Notice Only |
| Account No. | | | 2010<br>Personal Loan | | | | |
| **Larry Spaete** | | H | | | | | 12,250.00 |
| Account No. | | | 2009<br>Personal Loan | | | | |
| **Peter Demus** | | H | | | | | 28,000.00 |
| Account No. | | | 2008<br>Personal Loan | | | | |
| **Scott Cline**<br>**2617 Dellwood Drive**<br>**Sevierville, TN 37876** | | J | | | | | 15,000.00 |

Sheet no. __**30**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

83,990.26

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ovidiu Gabriel Vlad,**
       **Beth Ann Vlad**
                                                              Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Personal Loan | | | | |
| **Tyler McCready** | H | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **xxxx xxxx xxxx 5928 AND 8427** | | | | 1993 Miscellaneous Consumer Purchases | | | | |
| **USAA Federal Savings Bank** **Bankruptcy Dept.** **10750 McDermott Freeway** **San Antonio, TX 78288-0544** | | J | | | | | | |
| | | | | | | | | **14,888.00** |
| Account No. **5928 AND 8427** | | | | | | | | |
| **USAA Savings Bank** **Bankruptcy Dept.** **POB 14050** **Las Vegas, NV 89114-4050** | | | | Representing: USAA Federal Savings Bank | | | | **Notice Only** |
| Account No. **5928 AND 8427** | | | | | | | | |
| **USAA Savings Bank** **Bankruptcy Dept.** **3773 Howard Hughes Pkwy #190N** **Las Vegas, NV 89109-8071** | | | | Representing: USAA Federal Savings Bank | | | | **Notice Only** |
| Account No. **109270** | | | | 2009 Flight Test Labs bill | | | | |
| **V3 Companies** **Bankruptcy Dept.** **7325 Janes Avenue** **Woodridge, IL 60517** | | J | | | | | | |
| | | | | | | | | **2,814.64** |

Sheet no. __31__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,702.64**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ovidiu Gabriel Vlad,**
         **Beth Ann Vlad**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Personal Loan | | | | |
| **Wanda Kirkpatrick** **6218 N. Lagoon Drive** **Panama City, FL 32408-3711** | | | J | | | | | **11,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**32**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,000.00**

Total
(Report on Summary of Schedules)

**921,507.43**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Ovidiu Gabriel Vlad,**                                    Case No. _____

   **Beth Ann Vlad**
_____,
                                   Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Ovidiu Gabriel Vlad,**                                                    Case No. _____
         **Beth Ann Vlad**
_____,
                          Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Ovidiu Gabriel Vlad**
         **Beth Ann Vlad**                                              Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Mother**<br>**Daughter**<br>**Son** | AGE(S):<br>**12**<br>**68**<br>**9**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Professor** |
| Name of Employer | **Unemployed** | **College of DuPage** |
| How long employed | | **12 years** |
| Address of Employer | | **425 Fawell Drive**<br>**Glen Ellyn, IL 60137** |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | | $ 0.00 | $ 8,711.51 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 0.00 | $ 8,711.51 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|     a.  Payroll taxes and social security | | $ 0.00 | $ 1,493.12 |
|     b.  Insurance | | $ 0.00 | $ 545.31 |
|     c.  Union dues | | $ 0.00 | $ 43.33 |
|     d.  Other (Specify):   **SURS retirement - mandatory** | | $ 0.00 | $ 696.92 |
| | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 2,778.68 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ 5,932.83 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | | $ 0.00<br>$ 0.00 | $ 0.00<br>$ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | | $ 0.00<br>$ 0.00 | $ 0.00<br>$ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 0.00 | $ 5,932.83 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 5,932.83 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Ovidiu Gabriel Vlad**
        **Beth Ann Vlad**                                          Case No. _____
_____
                Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,020.00 |
| a. Are real estate taxes included?     Yes ___     No  **X** ___ | | |
| b. Is property insurance included?     Yes ___     No  **X** ___ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 497.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 90.00 |
| d. Other  **Cable & Internet access** | $ | 167.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 1,700.00 |
| 5. Clothing | $ | 175.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 310.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 150.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 3,700.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,479.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,932.83 |
| b.   Average monthly expenses from Line 18 above | $ | 9,479.00 |
| c.   Monthly net income (a. minus b.) | $ | -3,546.17 |

**B6J (Official Form 6J) (12/07)**

In re    **Ovidiu Gabriel Vlad**
      **Beth Ann Vlad**                                      Case No. _____
                                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---:|
| Children's extra-curricular activities | $ | 400.00 |
| Children's School activities | $ | 100.00 |
| Children's School lunches | $ | 100.00 |
| Child Care Expenses | $ | 3,000.00 |
| Pet Care Expenses | $ | 100.00 |
| **Total Other Expenditures** | $ | **3,700.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ovidiu Gabriel Vlad**
    **Beth Ann Vlad**

Debtor(s)

Case No.

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **58**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 17, 2012**

Signature   **/s/ Ovidiu Gabriel Vlad**
    **Ovidiu Gabriel Vlad**
    Debtor

Date   **October 17, 2012**

Signature   **/s/ Beth Ann Vlad**
    **Beth Ann Vlad**
    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Ovidiu Gabriel Vlad**
**Beth Ann Vlad**
                                    Case No.
                    Debtor(s)       Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$85,546.00** | **College of DuPage, Wife, 2011** |
| **$81,671.00** | **College of DuPage, Wife, 2010** |

---

#### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

---

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Bank USA NA vs. Beth A. Vlad, 09 SC 5529** | **Breach of Contract** | **12th Judicial Circuit, Will County, Illinois** | **Unknown** |
| **FIA Card Services, N.A. vs Ovidiu G. Vlad, 11 SC 7820** | **Breach of Contract** | **18th Judicial Circuit, DuPage County, Illinois** | **Unknown** |
| **Asset Acceptance LLC vs Ovidiu Gabriel Vlad, 11 AR -1275** | **Breach of Contract** | **12th Judicial Circuit, Will County, Illinois** | **Judgment for $33,794.28** |
| **DuPage Credit Union vs Beth Ann Vlad, 10 AR 01249** | **Breach of Contract** | **12th Judicial Circuit, Will County, Illinois** | **Judgment: $25245.14** |
| **Village of Bolingbrook vs DTI and Ovidiu Gabriel Vlad, 12 L 0362** | **Breach of Contract** | **12th Judicial Circuit, Will County, Illinois** | **Pending** |

*
Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ben Franklin Bank vs Mark Donofrio 09 CH 2031** | **Foreclosure Debtor is party to suit because of a verbal agreement to to buy the property from Mark Donofrio if he had the money.** | **12th Judicial Circuit, Will County, Illinois** | **Pending** |
| **Midland Funding LLC vs Ovidiu G. Vlad, 11 SC 003907** | **Breach of Contract** | **12th Judicial Circuit, Will County, Illinois** | **Judgment** |
| **Accord Consulting vs Digital Thinkers, Inc., 11 L 0038** | **Breach of Contract** | **18th Judicial Circuit, DuPage County, Illinois** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None □

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Bank of America** | | **Box #359** | |

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Bank of America** | | **Box #736 - Closed.** | |

---

#### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

#### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

#### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

#### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

#### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Embedded Control Systems, Inc.** | **11-3782959** | **106 South Clow International Parkway Bolingbrook, IL 60490** | **Aerospace Engineering** | **08/2006 to present** |
| **Digital Thinkers, Inc.** | **36-4259074** | **106 South Clow International Parkway Bolingbrook, IL 60490** | **Contract engineering for telecommunications and aerospace.** | **11/1998 to present** |
| **Flight Test Labs LLC** | **20-8170745** | **48 Baker Lane Naperville, IL 60565** | **Never done any business.** | **12/2006 to present** |
| **Aerospace Design Group LLC** | **27-0764309** | **48 Baker Lane Naperville, IL 60565** | **Never done any business.** | **08/2009 to present** |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

7

NAME AND ADDRESS

Edward Smurlo
1S376 Summit Avenue #4A
Oak Brook Terrace, IL 60181

DATES SERVICES RENDERED

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                          DATE ISSUED

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS          TITLE          NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE          DATE OF TERMINATION

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 17, 2012**          Signature  **/s/ Ovidiu Gabriel Vlad**

                                             **Ovidiu Gabriel Vlad**
                                             Debtor

Date  **October 17, 2012**          Signature  **/s/ Beth Ann Vlad**

                                             **Beth Ann Vlad**
                                             Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ovidiu Gabriel Vlad**
        **Beth Ann Vlad**

                        Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:**<br>**ASC** | **Describe Property Securing Debt:**<br>**1024 Liberty Drive, Naperville, IL  60565. Under contract for Short Sale at $425,000.00.** |

Property will be (check one):
   ■ Surrendered                □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt           ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:**<br>**BSI Financial Services** | **Describe Property Securing Debt:**<br>**48 Baker Lane, Naperville, IL  60565.  Purchased in July , 2007 for $1,675,000.  Current Market Value as per Zillow.com** |

Property will be (check one):
   ■ Surrendered                □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt           ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                           Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**1024 Liberty Drive, Naperville, IL 60565. Under contract for**<br>**Short Sale at $425,000.00.** |

Property will be (check one):
- ■ Surrendered                        □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                   ■ Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**EMC Mortgage** | **Describe Property Securing Debt:** |

Property will be (check one):
- ■ Surrendered                        □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                   ■ Not claimed as exempt

---

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Ocwen\*** | **Describe Property Securing Debt:**<br>**48 Baker Lane, Naperville, IL 60565. Purchased in July ,**<br>**2007 for $1,675,000. Current Market Value as per Zillow.com** |

Property will be (check one):
- ■ Surrendered                        □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                   ■ Not claimed as exempt

B8 (Form 8) (12/08)

Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**USAA Federal Savings Bank** | **Describe Property Securing Debt:**<br>**USAA Federal Savings Bank Certificate of Deposit Account #**<br>**23000000533931 used as collateral for a USAA Secured**<br>**Credit Card Account Number ending in 3192.** |

Property will be (check one):
    ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **October 17, 2012**  _____

        Signature   **/s/ Ovidiu Gabriel Vlad**
                          **Ovidiu Gabriel Vlad**
                          Debtor

Date  **October 17, 2012**  _____

        Signature   **/s/ Beth Ann Vlad**
                          **Beth Ann Vlad**
                          Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Ovidiu Gabriel Vlad**
     **Beth Ann Vlad**
                                  Debtor(s)

Case No. _____

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 17, 2012**

**/s/ Thomas F. Fezzey**
**Thomas F. Fezzey 6229235**
**Thomas F. Fezzey, Attorney at Law**
**600 West Roosevelt Road**
**Suite B-1**
**Wheaton, IL 60187**
**630 909 0909  Fax: 815 550 8731**
**fezzey@gmail.com**

---

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Ovidiu Gabriel Vlad**
       **Beth Ann Vlad**                                        Case No. _____
                                      Debtor(s)        Chapter     **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Ovidiu Gabriel Vlad**
**Beth Ann Vlad** _____

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X   **/s/ Ovidiu Gabriel Vlad**         **October 17, 2012**

Signature of Debtor                 Date

X   **/s/ Beth Ann Vlad**               **October 17, 2012**

Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ovidiu Gabriel Vlad**
     **Beth Ann Vlad**

Case No. _____

Chapter    **7** _____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **184**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 17, 2012** _____      **/s/ Ovidiu Gabriel Vlad** _____
                                               **Ovidiu Gabriel Vlad**
                                               Signature of Debtor

Date:   **October 17, 2012** _____      **/s/ Beth Ann Vlad** _____
                                               **Beth Ann Vlad**
                                               Signature of Debtor

.

ACI
Bankruptcy Dept.
6341 Inducon Dr. East
Sanborn, NY 14132-9097


ACS
Bankruptcy Dept.
POB 371821
Pittsburgh, PA 15250-7821


ACS Education
Bankruptcy Dept.
POB 7051
Utica, NY 13504-7051


Alan Saltzman
4 Kings Mill
San Antonio, TX 78257


America's Servicing Company
Bankruptcy Dept.
POB 10335
Des Moines, IA 50306


America's Servicing Company
Bankruptcy Dept.
POB 10328
Des Moines, IA 50306


America's Servicing Company
Bankruptcy Dept.
1 Home Campus
Des Moines, IA 50328-0001


American Coradius International LLC
Bankruptcy Dept.
2420 Sweet Home Rd. #150
Amherst, NY 14228-2244


American Express
Bankruptcy Dept.
POB 6618
Omaha, NE 68105-0618

American Express
Bankruptcy Dept.
POB 6618
Omaha, NE 68105-0618

American Express
Bankruptcy Dept.
POB 7871
Fort Lauderdale, FL 33329

American Express
Bankruptcy Dept.
POB 7871
Fort Lauderdale, FL 33329

American Express
Bankruptcy Dept.
POB 26312
Lehigh Valley, PA 18002-6312

American Express
Bankruptcy Dept.
POB 7871
Fort Lauderdale, FL 33329

American Express
Bankruptcy Dept.
POB 26312
Lehigh Valley, PA 18002

ASC
Bankruptcy Dept.
POB 10328
Des Moines, IA 50306

ASC
Bankruptcy Dept.
POB 1217
Charlotte, NC 28201

Asset Acceptance Llc
Po Box 2036
Bankruptcy Dept.
Warren, MI 48090

Associated Recovery Systems
Bankruptcy Dept.
POB 469046
Escondido, CA 92046-9046


Atlantic Credit & Finance Inc.
Bankruptcy Dept.
POB 11887
Roanoke, VA 24022-1889


Bank of America
P.O. Box 15027
Bankruptcy Dept.
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15027
Bankruptcy Dept.
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15027
Bankruptcy Dept.
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15027
Bankruptcy Dept.
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15027
Bankruptcy Dept.
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15027
Bankruptcy Dept.
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15027
Bankruptcy Dept.
Wilmington, DE 19850-5027

Bank of America
P.O. Box 15027
Bankruptcy Dept.
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15027
Bankruptcy Dept.
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15027
Bankruptcy Dept.
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15027
Bankruptcy Dept.
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15026
Bankruptcy Dept.
Wilmington, DE 19850-5026


Bank of America
P.O. Box 15026
Bankruptcy Dept.
Wilmington, DE 19850-5026


Bank of America
P.O. Box 15026
Bankruptcy Dept.
Wilmington, DE 19850-5026


Bank of America
P.O. Box 15026
Bankruptcy Dept.
Wilmington, DE 19850-5026


Bank of America
P.O. Box 15026
Bankruptcy Dept.
Wilmington, DE 19850-5026

```
Bank of America
P.O. Box 15026
Bankruptcy Dept.
Wilmington, DE 19850-5026


Bank of America
P.O. Box 15026
Bankruptcy Dept.
Wilmington, DE 19850-5026


Blatt, Hasenmiller, Leibsker&Moore
125 South Wacker #400
Bankruptcy Dept.
Chicago, IL 60606


Blatt, Hasenmiller, Leibsker&Moore
125 South Wacker #400
Bankruptcy Dept.
Chicago, IL 60606


Blatt, Hasenmiller, Leibsker&Moore
125 South Wacker #400
Bankruptcy Dept.
Chicago, IL 60606


Blatt, Hasenmiller, Leibsker&Moore
125 South Wacker #400
Bankruptcy Dept.
Chicago, IL 60606


Blatt, Hasenmiller, Leibsker&Moore
125 South Wacker #400
Bankruptcy Dept.
Chicago, IL 60606


Blitt & Gaines, P.C.
661 Glenn Avenue
Bankruptcy Dept.
Wheeling, IL 60090


Blitt & Gaines, P.C.
661 Glenn Avenue
Bankruptcy Dept.
Wheeling, IL 60090
```

Bose/HSBC Retail Services
Bankruptcy Dept.
POB 17602
Baltimore, MD 21297-1602


Bose/HSBC Retail Services
Bankruptcy Dept.
90 Christiana Rd.
New Castle, DE 19720


BSI Financial Services
Bankruptcy Dept.
POB 517 / 314 S. Franklin St.
Titusville, PA 16354


BSI Financial Services
Bankruptcy Dept.
POB 517 / 314 S. Franklin St.
Titusville, PA 16354


Budzik & Dynia LLC
Bankruptcy Dept.
4849 N. Milwaukee Ave. #801
Chicago, IL 60630


Capital Management Services
Bankruptcy Dept.
726 Exchange Street  Suite 700
Buffalo, NY 14210


Cavalry Portfolio Services
Bankruptcy Dept.
POB 27288
Tempe, AZ 85285


Cavalry Portfolio Services
Bankruptcy Dept.
POB 27288
Tempe, AZ 85285


Cavalry Portfolio Services
Bankruptcy Dept.
POB 27288
Tempe, AZ 85285

Cavalry Portfolio Services
Bankruptcy Dept.
POB 27288
Tempe, AZ 85285


Cavalry Portfolio Services
Bankruptcy Dept.
500 Summit Lake Drive #400
Valhalla, NY 10595-1340


Cavalry Portfolio Services
Bankruptcy Dept.
POB 1017
Hawthorne, NY 10532


Cavalry Portfolio Services
Bankruptcy Dept.
500 Summit Lake Drive #400
Valhalla, NY 10595-1340


Cavalry Portfolio Services
Bankruptcy Dept.
POB 1017
Hawthorne, NY 10532


Cavalry Portfolio Services
Bankruptcy Dept.
500 Summit Lake Drive #400
Valhalla, NY 10595-1340


Cavalry Portfolio Services
Bankruptcy Dept.
POB 1017
Hawthorne, NY 10532


Cavalry Portfolio Services
Bankruptcy Dept.
POB 27288
Tempe, AZ 85285


Cavalry Portfolio Services
Bankruptcy Dept.
4050 East Cotton Center Blvd.
Phoenix, AZ 85040

Cavalry Portfolio Services
Bankruptcy Dept.
4050 East Cotton Center Blvd.
Phoenix, AZ 85040


Cavalry Portfolio Services
Bankruptcy Dept.
4050 East Cotton Center Blvd.
Phoenix, AZ 85040


Cavalry Portfolio Services
Bankruptcy Dept.
4050 East Cotton Center Blvd.
Phoenix, AZ 85040


Cavalry Portfolio Services
Bankruptcy Dept.
4050 East Cotton Center Blvd.
Phoenix, AZ 85040


CCB Credit Services
Bankruptcy Dept.
5300 S. 6th Street
Springfield, IL 62703-5184


Central Portfolio Control
Bankruptcy Dept.
6640 Shady Oak Rd. #300
Eden Prairie, MN 55344-7710


Charles Kirkpatrick
2850 Holloway Lane
Henderson, KY 42420


Chase
Bankruptcy Dept.
3415 Vision Drive
Columbus, OH 43219-6009


Chase
Po Box 15298
Bankruptcy Dept.
Wilmington, DE 19850

```
Chase
P.O. Box 15298
Bankruptcy Dept.
Wilmington, DE 19850-5298


Chase
P.O. Box 15298
Bankruptcy Dept.
Wilmington, DE 19850-5298


Chase
Bankruptcy Dept.
POB 15153
Wilmington, DE 19886-5153


Chase
P.O. Box 15298
Bankruptcy Dept.
Wilmington, DE 19850-5298


Chase
P.O. Box 15298
Bankruptcy Dept.
Wilmington, DE 19850-5298


Chase Auto Finance
Bankruptcy Dept.
POB 29505
Phoenix, AZ 85038-9505


Chase Card Services
Bankruptcy Dept.
POB 659409
San Antonio, TX 78265


Citi
Bankruptcy Dept.
1500 Boltonfield St.
Columbus, OH 43228


Citi
Bankruptcy Dept.
POB 6000
Sioux Falls, SD 57117
```

```
Citifinancial
Bankruptcy Dept.
POB 22060
Tempe, AZ 85285-2060


CitiFinancial
Bankruptcy Dept.
POB 6931
The Lakes, NV 88901-6931


CitiFinancial
Bankruptcy Dept.
300 St. Paul Place
Baltimore, MD 21202


CitiFinancial
Bankruptcy Dept.
300 St. Paul Place
Baltimore, MD 21202


Citifinancial Retail Services
Bankruptcy Dept.
POB 183041
Columbus, OH 43218-3041


Codilis & Associates
15 W 030 North Frontage  #100
Bankruptcy Dept.
Burr Ridge, IL 60527


Collectcorp
Bankruptcy Dept.
P.O. Box 101928  Dept. 4947A
Birmingham, AL 35210-1928


Collectcorp. Corporation
Bankruptcy Dept.
455 North 3rd Street Suite 260
Phoenix, AZ 85004-3924


Concord Servicing Corporation
Bankruptcy Dept.
POB 150
Scottsdale, AZ 85252
```

Concord Servicing Corporation
Bankruptcy Dept.
4725 N. Scottsdale Road #300
Scottsdale, AZ 85251


Creditors Financial Group, LLC
Bankruptcy Dept.
POB 440290
Aurora, CO 80044-0290


Creditors Financial Group, LLC
Bankruptcy Dept.
3131 South Vaughn Way #110
Aurora, CO 80014


Creditors Financial Group, LLC
Bankruptcy Dept.
POB 440290
Aurora, CO 80044-0290


Creditors Resource Service
Bankruptcy Dept.
1807 West Diehl Road POB 3107
Naperville, IL 60566-0377


Dale Schoenbeck
215 N. Pine Street
Arlington Heights, IL 60004


Discover
Bankruptcy Dept.
POB 6103
Carol Stream, IL 60197-6103


Discover
Po Box 15316
Bankruptcy Dept.
Wilmington, DE 19850


Discover
P.O. Box 30943
Bankruptcy Dept.
Salt Lake City, UT 84130

```
DRS Bonded Collection Systems
Bankruptcy Dept.
POB 498609
Cincinnati, OH 45249-8609


DRS Bonded Collection Systems
Bankruptcy Dept.
POB 1022
Wixom, MI 48393-1022


DTA Solutions LLC
Bankruptcy Dept.
9428 Baymeadows Road #260
Jacksonville, FL 32256


DTA Solutions LLC
Bankruptcy Dept.
POB 4115
Concord, CA 94524


Dupage Credit Union
1515 Bond St
Bankruptcy Dept.
Naperville, IL 60563


DuPage Credit Union
Bankruptcy Dept.
POB 4521
Carol Stream, IL 60197


DuPage Credit Union
P.O. Box 3930
Bankruptcy Dept.
Naperville, IL 60567-3930


DuPage Credit Union
Bankruptcy Dept.
POB 4521
Carol Stream, IL 60197


DuPage Credit Union Visa
Bankruptcy Dept.
POB 30495
Tampa, FL 33630
```

```
EMC Mortgage
Bankruptcy Dept.
POB 141358
Irving, TX 75014


EMC Mortgage
Bankruptcy Dept.
909 Hidden Ridge Drive
Irving, TX 75038


Encore Receivable Management
Bankruptcy Dept.
400 N. Rogers Road  POB 3330
Olathe, KS 66063-3330


Encore Receivable Management, Inc.
Bankruptcy Dept.
POB 1880
Southgate, MI 48195-0880


Encore Receivables Management
Bankruptcy Dept.
POB 519
Sauk Rapids, MN 56379


Financial Recovery Services, Inc.
Bankruptcy Dept.
POB 385908
Minneapolis, MN 55438-5908


First Resolution Management Corp.
Bankruptcy Dept.
POB 34000
Seattle, WA 98124-1000


First Resolution Management Corp.
Bankruptcy Dept.
POB 34000
Seattle, WA 98124-1000


Florence Cline
2617 Dellwood Drive
Sevierville, TN 37876
```

```
FMA Alliance, Ltd.
12339 Cutten Road
Bankruptcy Dept.
Houston, TX 77066


FMA Alliance, Ltd.
12339 Cutten Road
Bankruptcy Dept.
Houston, TX 77066


Focus Receivables Management
Bankruptcy Dept.
5601 Office Blvd. NE #500
Albuquerque, NM 87109


Freedman Anselmo Lindberg & Rappe
Bankruptcy Dept.
1807 West Diehl Road  Suite 333
Naperville, IL 60566-7228


Freedman Anselmo Lindberg & Rappe
Bankruptcy Dept.
1807 West Diehl Road  Suite 333
Naperville, IL 60566-7228


Freedman Anselmo Lindberg & Rappe
Bankruptcy Dept.
1807 West Diehl Road  Suite 333
Naperville, IL 60566-7228


HSBC
Bankruptcy Dept.
POB 37281
Baltimore, MD 21297-3281


HSBC
Bankruptcy Dept.
POB 37281
Baltimore, MD 21297-3281


HSBC
Bankruptcy Dept.
P.O. Box 80082
Salinas, CA 93912-0082
```

HSBC - Best Buy
Bankruptcy Dept.
POB 15221
Wilmington, DE 19850-5521


Illinois Department of Revenue  *
Bankruptcy Dept
POB 64338
Chicago, IL 60664-0338


Internal Revenue Service*
Bankruptcy Dept.
POB 7346
Philadelphia, PA 19101-7346


J.C. Christensen $ Associates, Inc.
Bankruptcy Dept.
POB 519
Sauk Rapids, MN 56379


J.C. Christensen & Associates, Inc.
Bankruptcy Dept.
POB 519
Sauk Rapids, MN 56379


J.C. Christensen & Associates, Inc.
Bankruptcy Dept.
POB 519
Sauk Rapids, MN 56379


JP Morgan Chase Bank
Bankruptcy Dept.
POB 15298
Wilmington, DE 19850


Leading Edge Recovery Solutions
Bankruptcy Dept.
5440 N. Cumberland Ave. #300
Chicago, IL 60656-1490


Leading Edge Recovery Solutions
Bankruptcy Dept.
POB 129
Linden, MI 48451-0129

Leading Edge Recovery Solutions
Bankruptcy Dept.
POB 129
Linden, MI 48451-0129


Leading Edge Recovery Solutions
Bankruptcy Dept.
5440 N. Cumberland Ave. #300
Chicago, IL 60656-1490


Linebarger Goggan Blair & Sampson
Bankruptcy Dept.
POB 06152
Chicago, IL 60606-0152


MCM
Bankruptcy Dept.
POB 603  Dept. 12421
Oaks, PA 19456


MCM
Bankruptcy Dept.
8875 Aero Drive  Suite 200
San Diego, CA 92123


MCM
Bankruptcy Dept.
POB 603  Dept. 12421
Oaks, PA 19456


Michael D. Fine
Bankruptcy Dept.
131 South Dearborn Street Floor 5
Chicago, IL 60603


Midland Funding
c/o Blatt Hasenmiller
125 South Wacker Drive  #400
Chicago, IL 60606


MRS Associates, Inc.
Bankruptcy Dept.
1930 Olney Avenue
Cherry Hill, NJ 08003

National Asset Recovery Services
Bankruptcy Dept.
POB 701
Chesterfield, MO 63006-0701


National City
Bankruptcy Dept.
POB 5570
Cleveland, OH 44101-0570


National City Card Ser
1 Financial Pkwy
Bankruptcy Dept.
Kalamazoo, MI 49009


Nations Recovery Center, Inc.
Bankruptcy Dept.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360


Nationwide Credit, Inc.
Bankruptcy Dept.
2015 Vaughn Rd. NW  Ste 400
Kennesaw, GA 30144-7802


NCC Business Services, Inc.
Bankruptcy Dept.
9428 Baymeadows Rd. #200
Jacksonville, FL 32256


NCI Nationwide Credit, Inc.
Bankruptcy Dept.
4700 Vestal Pkwy E
Vestal, NY 13850


NCO Financial Services
Bankruptcy Dept.
5300 S. 6th Street
Springfield, IL 62703-5184


NCO Financial Systems, Inc.
Bankruptcy Dept
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
Bankruptcy Dept
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
Bankruptcy Dept
507 Prudential Road
Horsham, PA 19044


NES of Ohio
29125 Solon Road
Bankruptcy Dept.
Solon, OH 44139-3442


NES of Ohio
29125 Solon Road
Bankruptcy Dept.
Solon, OH 44139-3442


Northstar Location Services, LLC
Bankruptcy Dept.
4285 Genesee Street
Cheektowaga, NY 14225-1943


Northstar Location Services, LLC
Bankruptcy Dept.
4285 Genesee Street
Cheektowaga, NY 14225-1943


Northstar Location Services, LLC
Bankruptcy Dept.
4285 Genesee Street
Cheektowaga, NY 14225-1943


Ocwen*
Bankruptcy Dept.
POB 24738
West Palm Beach, FL 33416-4738


Pentagroup Financial, LLC
Bankruptcy Dept.
POB 742245
Houston, TX 77274-2245

Pentagroup Financial, LLC
Bankruptcy Dept.
5959 Corporate Drive #1400
Houston, TX 77036


PNC Bank
Bankruptcy Dept.
23000 Mill Creek Blvd.
Highland Hills, OH 44122


Saxon
Bankruptcy Dept.
POB 161489
Fort Worth, TX 76161-1489


Saxon
Bankruptcy Dept.
4708 Mercantile Drive North
Fort Worth, TX 76137


Saxon Mortgage
Bankruptcy Dept.
POB 163405
Fort Worth, TX 76161-1489


Scott Cline
2617 Dellwood Drive
Sevierville, TN 37876


Strategic Recovery Group
Bankruptcy Dept.
7880 Bent Branch Drive
Irving, TX 75063


Strategic Recovery Group
Bankruptcy Dept.
POB 52238
Idaho Falls, ID 83405-2238


Tate & Kirlin Associates
Bankruptcy Dept.
2810 Southampton Road
Philadelphia, PA 19154

Tate & Kirlin Associates
Bankruptcy Dept.
2810 Southampton Road
Philadelphia, PA 19154


The Shindler Law Firm
Bankruptcy Dept.
1990 East Algonquin Road #180
Schaumburg, IL 60173


The Shindler Law Firm
Bankruptcy Dept.
1990 East Algonquin Road #180
Schaumburg, IL 60173


United Collection Bureau, Inc.
5620 Southwyck Blvd.  #206
Bankruptcy Dept.
Toledo, OH 43614


USAA Federal Savings Bank
Bankruptcy Dept.
10750 McDermott Freeway
San Antonio, TX 78288-0544


USAA Federal Savings Bank
Bankruptcy Dept.
10750 McDermott Freeway
San Antonio, TX 78288-0544


USAA Savings Bank
Bankruptcy Dept.
POB 14050
Las Vegas, NV 89114-4050


USAA Savings Bank
Bankruptcy Dept.
3773 Howard Hughes Pkwy #190N
Las Vegas, NV 89109-8071


V3 Companies
Bankruptcy Dept.
7325 Janes Avenue
Woodridge, IL 60517

Vital Recovery Services, Inc.
Bankruptcy Dept.
POB 923748
Norcross, GA 30010-3748


Wanda Kirkpatrick
6218 N. Lagoon Drive
Panama City, FL 32408-3711


Weltman, Weinberg & Reis
Bankruptcy Dept.
175 South 3rd Street  Suite 900
Columbus, OH 43215-5166


Will Law Magistrate
Bankruptcy Dept.
14 West Jefferson Street
Joliet, IL 60432